# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.

Douglas Fields

SEALED / WARRANT FOR ARREST
UNSEALED 3/14/08 KJL

CASE NUMBER: 08-50-M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Douglas Fields__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Bank Fraud

in violation of Title __18__ United States Code, Section(s) __1344__

__Honorable Mary Pat Thynge__     United States Magistrate Judge
Name of Issuing Officer                Title of Issuing Officer

_[signature]_                        __2/28/08__   Wilmington, DE
Signature of Issuing Officer         Date and Location

RECEIVED 2008 FEB 28 P 2:24 U.S. MARSHALS SERVICE WILMINGTON, DEL.

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 3/14/08 | NAME AND TITLE OF ARRESTING OFFICER S.A. AL Lossiter S.A. ___ | SIGNATURE OF ARRESTING OFFICER S.A. ___ |
| DATE OF ARREST 3/14/08 | | |