**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA                    :
                                                              :
                                                              :
          v.                                                 :          Criminal Action No. 08- 91- UNA
                                                              :
DOUGLAS FIELDS                               :
                     Defendant.                     :

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about November 27, 2006, in the state and District of Delaware, the defendant,

DOUGLAS FIELDS, with intent to defraud, did pass, utter and publish as true a Treasury check

of the United States, numbered xxxx-xxxx-0883, and dated November 10, 2006, in the amount

of $5,038, bearing a falsely made and forged endorsement, in violation of Title 18, United States

Code, Section 510(a)(2).

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By:    _____
Hana H. Eisenstein
Assistant U.S. Attorney

Dated: June 11, 2008